CITY CLUB OF AUBURN, Appellant, *v.* JOHN A. McGEER Respondent.

(Submitted May 31, 1910; decided June 7, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 198 N. Y. 160, 609.)

---

ADELBERT D. CRONK, Respondent, *v.* HARRIET E. FISS, as Administratrix of the Estate of WILLIAM FISS, Deceased, Appellant, and MARGARET I. CRANDALL, Individually and as Surviving Partner of the Firm of CRANDALL & COMPANY, Respondent, Impleaded with Others.

*Cronk* v. *Fiss,* 137 App. Div. 440, appeal dismissed.
(Argued May 31, 1910; decided June 7, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 23, 1910, modifying and affirming as modified a judgment in favor of respondents herein entered upon the report of a referee in an action for an accounting.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence; that permission to appeal had not been obtained; that no questions of law were presented for review, and that the exceptions were frivolous.

*Irving W. Cole* and *Frederick Heller* for motion.

*August Becker* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.